IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSANDRA JOHNSON,<br>         Plaintiff,<br><br>v.<br><br>NATIONAL PARK SERVICE-<br>DEPARTMENT OF THE INTERIOR,<br>UNITED STATES OF AMERICA AND<br>CITY OF PHILADELPHIA,<br>         Defendants. | CIVIL ACTION<br><br><br><br>NO.  24CV1304 |

## ORDER

**AND NOW**, this 20th day of September, 2024, upon consideration of the United States of America's Motion to Dismiss (ECF No 12), Plaintiff's Response in Opposition (ECF No 14), and the United States of America's Response in Support (ECF No. 15), **IT IS HEREBY ORDERED** that the United States of America's Motion is **GRANTED** and that Plaintiff's claim against the United States of America and the National Park Service–Department of the Interior is **DISMISSED WITH PREJUDICE**.[1]

                                                          **BY THE COURT:**

                                                          **/S/WENDY BEETLESTONE, J.**

                                                          **WENDY BEETLESTONE, J.**

---

[1] Although only the United States may be sued under the FTCA, 28 U.S.C. § 2679(a), (b), (d); *CNA v. United States*, 535 F.3d 132, 138 & n.2 (3d Cir. 2008), Johnson also sued the City of Philadelphia, which has filed a cross-claim against the other Defendants.  To the extent that the City of Philadelphia wishes to dismiss such cross-claim it should so state in a filing on the docket.